IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM | )<br>) |
| v. | )<br>) No. 3-14-2400 |
| NEWPORT MARKETING, LLC;<br>NEWPORT HOSPITALITY, LLC;<br>NEWPORT VACATION MANAGER,<br>LLC; NEWPORT VACATIONS LLC;<br>NEWPORT OPERATING CORP.;<br>ROBERT CORNFELD; and JEFFREY<br>CORNFELD | )<br>)<br>)<br>)<br>)<br>)<br>) |

O R D E R

On March 6, 2015, the plaintiff filed a notice of voluntary dismissal (Docket Entry No. 16), no answer or motion for summary judgment having been filed by any defendant.

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required.

Therefore, this case is DISMISSED with prejudice, and the Clerk is directed to close this case on the records of the Court.

There will be no further proceedings before the Magistrate Judge in this case.

The Clerk is also directed to mail a copy of this order to Jordan Isrow, 200 East Las Olas Blvd., Suite 1000, Ft. Lauderdale, Florida 33301, by regular, first class mail (only).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge